NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: BROADCOM CORPORATION,**

*Petitioner*

---

2022-136

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00541-ADA, Judge Alan D. Albright.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of the parties' joint request to withdraw this petition "with each party to bear its own costs, expenses, and attorneys' fees," Mot. at 4,

IT IS ORDERED THAT:

The petition is withdrawn.

FOR THE COURT

May 10, 2022                    /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court